In the Matter of JOHN J. KILEY, Petitioner, against MARGARET L. WHEELER et al., Respondents.

In the Matter of JOHN J. KILEY, Petitioner, against CHESTER A. BANKS et al., Respondents.

Supreme Court, Special Term, Albany County, October 4, 1948.

*Daniel H. Prior* for petitioner.

*Walter L. Collins, County Attorney (James J. Drislane* of counsel), for Albany County Board of Elections, respondent.

*Ernest B. Morris* for Edward G. Dillon and another, as members of the Albany County Board of Elections, respondents.

*Nathaniel L. Goldstein, Attorney-General (John R. Davison* of counsel), for the Secretary of State, respondent.

*Morris Zuckman* for other respondents.

BERGAN, J. For the reasons leading to a determination of the merits announced in *Matter of Dillon* v. *Roberts* and *Matter of Herrick* v. *Dakchoylous,* decided herewith (193 Misc. 6), the relief sought in the petitions in each proceeding is granted, without costs.

Submit orders. Papers used on the application may be obtained in this office.